UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

=================================================

DAVID CARUCCI,

                            Plaintiff,

                                                                    ORDER
            v.                                                      06-CV-862A

ARGONAUT INSURANCE COMPANY,


                            Defendant.

=================================================

        The above-referenced case was referred to Magistrate Judge H. Kenneth

Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1)(B).  On  July 31, 2009, Magistrate

Judge Schroeder filed a Report and Recommendation, recommending that defendant's

motion for summary judgment be granted.

        The Court has carefully reviewed the Report and Recommendation, the

record in this case, and the pleadings and materials submitted by the parties, and no

objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons

set forth in Magistrate Judge Schroeder's Report and Recommendation, defendant's

motion for summary judgment is granted.

         The Clerk of Court shall take all steps necessary to close the case.

        SO ORDERED.


                                    s/ Richard J. Arcara
                                    _____
                                    HONORABLE RICHARD J. ARCARA
                                    CHIEF JUDGE
                                    UNITED STATES DISTRICT COURT
DATED:  August 24, 2009